IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| GUSTAVO VASQUEZ | § |
| | § |
| V. | § NO. MO:15-CV-188 DC |
| | § |
| CONQUEST COMPLETION SERVICES, LLC, AND SHAWN M. HUDDLESTON | § § |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Agreed Motion to Dismiss With Prejudice (Doc. 109) filed November 14, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 15th day of November, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE